AUSA: Blaine Longsworth Telephone: 810.766.5177

Special Agent : Nathan Sutara Telephone: 810.341.5710

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

Plaintiff,

v.

Kevin Levelle Wilson

Defendant(s).

Case: 4:26-mj-30707
Judge: Ivy, Curtis

Filed: 11-09-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of November 7, 2026, in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on November 7, 2026, Kevin Levelle Wilson violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Sutara, Special Agent - ATF&E

*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 9, 2026

*Judge's signature*

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided

for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, there is probable cause to believe that on November 7, 2026, Kevin Levelle Wilson violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## BACKGROUND

4. On November 7, 2026, at approximately 1:15 am, a Michigan State Police trooper was on patrol operating in their fully marked patrol vehicle in full uniform when they observed a black in color Range Rover traveling slowly with no headlights or taillights illuminated, despite it being dark. Additionally, the trooper noted there was no license plate affixed to the vehicle. The trooper conducted a traffic stop occurring in Flint Michigan, in the Eastern District of Michigan.

5. The trooper contacted the driver and sole occupant of the vehicle, identified as Kevin Levelle Wilson. Wilson admitted the vehicle did not have insurance. The trooper directed Wilson to exit the car and placed Wilson in handcuffs.

6. The trooper patted Wilson's right-side waistband and felt a hard object that felt consistent with a pistol. The trooper lifted Wilson's shirt and found a black Smith & Wesson pistol. This pistol was loaded with .40 caliber ammunition and had one round in the chamber. Wilson was also found to have a

black plastic bottle which contained additional .40 caliber rounds of ammunition in his pocket.

7. The trooper advised Wilson of his *Miranda* rights. Wilson stated he understood his rights and agreed to answer questions. Wilson admitted he is a convicted felon on probation and had served prison time for murder. He said he had the firearm for protection.

8. The firearm was a Smith & Wesson, model SD40VE, .40 caliber pistol bearing serial number: FZB7918.

9. On November 9, 2026, I spoke with Special Agent Kyle Sutton who has received specialized training regarding the manufacture and shipping of firearms. Agent Sutton stated that the Smith & Wesson pistol was manufactured outside the state of Michigan.

10. Wilson's criminal history shows the following felony convictions:

- 2012 attempt carrying a concealed weapon in Genesee County Circuit Court

- 2016 second degree murder in Genesee County Circuit Court

- 2025 felon in possession of a firearm, felon in possession of ammunition, carrying a concealed weapon in Genesee County Circuit Court. Wilson is currently on probation for this offense.

## **CONCLUSION**

11. Based on the above information, I have probable cause that on November 7, 2026, Kevin Levelle Wilson violated 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Cutis Ivy, Jr.,
United States Magistrate Judge